**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **JUNE LIFFIN** | |
| **Plaintiff** | **CIVIL ACTION** |
| V. | NO. __04CV11687-RWZ__ |
| **BAYE CORP.** | |
| **Defendant** | |

**ORDER OF DISMISSAL**

**ZOBEL, D. J.**

Pursuant to Rule 41.1 of the Local Rules of this Court and in accordance with the Notice issued on __2/4/05__, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

| __2/24/05__ | __s/ Lisa A. Urso__ |
|---|---|
| Date | Deputy Clerk |

(Dismiss LR41ord.wpd - 12/98)                                              [odismr41.]